IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 17 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR 08 87S

UNITED STATES OF AMERICA )
)
v. ) Cr. No.
) In Violation of 8 U.S.C.
ROBERTO JOAQUIN-VENTURA, ) §§ 1326(a) and (b)(2)
a/k/a Robert Joaquene, )
a/k/a Roberto Alcantara )

**INDICTMENT**

The Grand Jury charges that:

On or about August 6, 2008, the Defendant ROBERTO JOAQUIN-VENTURA, a/k/a Robert Joaquene, a/k/a Roberto Alcantara, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LEE H. VILKER
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

9-17-08

DATE